IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

RYAN J. DELIS,

                                  ORDER

            Plaintiff,

                              20-cv-408-wmc

    v.

ANDREW SAUL,
Commissioner of Social Security,

           Defendant.

---

    Pursuant to a stipulation for remand (dkt. #20) filed by the parties on November 24, 2020, IT IS HEREBY ORDERED that this matter is REMANDED to the Commissioner pursuant to sentence four of Section 205 of the Social Security Act, 42 U.S.C. § 405(g) for further proceedings as set forth in that stipulation.

    Entered this 24th day of November, 2020.

                                BY THE COURT:

                                /s/

                                _____
                                WILLIAM M. CONLEY
                                District Judge